UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.        Case No. 1:05-CR-144

ARMOND BURRIS        HON. DAVID W. McKEAGUE

    Defendant.

_____/

## JUDGMENT OF ACQUITTAL

This matter having been tried before a jury on September 7, 2005; and

The jury having on September 7, 2005 returned its verdict, finding defendant Armond Burris not guilty of the sole count of the indictment, charging him with unlawful possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1); and

The Court having duly reviewed the verdict form and finding that it accurately reflects the collective judgment of the jury;

**NOW THEREFORE**, in accordance with the jury's verdict, defendant Armond Burris is hereby **ADJUDGED NOT GUILTY** and is **ACQUITTED** of the crime charged.

**IT IS SO ORDERED.**

Dated: September 8, 2005        /s/ David W. McKeague
        DAVID W. McKEAGUE
        UNITED STATES CIRCUIT JUDGE
        Sitting by designation